**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 10-1736

———————

ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for profit corporation; DENISE PAYNE, Individually,

Plaintiffs - Appellants,

v.

PENN MAR ASSOCIATES, LLC, a Delaware Limited Liability Company,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:09-cv-01365-PJM)

———————

Submitted: October 20, 2011          Decided: November 10, 2011

———————

Before GREGORY and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas B. Bacon, Pete M. Monismith, THOMAS B. BACON, PA, Cooper City, Florida, for Appellants. Terrence M. McShane, Arthur T. K. Norris, LEE & MCSHANE, P.C., Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise Payne and Access for the Disabled, Inc., appeal the district court's orders dismissing their claims arising under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189 (2006), and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Access for the Disabled, Inc. v. Penn Mar Assoc., L.L.C., No. 8:09-cv-01365-PJM (D. Md. May 4, 2010; June 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2